UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-01-528 |
| | § | |
| JERMAINE CARLOS DIAZ | § | |

## **ORDER**

Defendant Jermaine Carlos Diaz's Motion to Unseal Record is hereby GRANTED as follows:

The Clerk's office is to make available a copy of any and all sealed documents in this case, including but not limited to Doc. 45, Doc. 51, Doc. 69, Doc. 113, Doc. 114, Doc. 117, Doc. 118 and Doc. 119 for counsel.

In the alternative, it is ordered that the Federal Public Defender's Office and/or Assistant Public Defendant Margaret Ling disclose the sealed documents to counsel for Defendant, Kent A. Schaffer.

SIGNED and ENTERED this 29th day of July, 2008.

_____
Kenneth M. Hoyt
United States District Judge